# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| OMAR GRAYSON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL NO. 08-cv-829-DRH |
| JOHN EVANS, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

On January 29, 2009, Plaintiff moved this Court for voluntary dismissal of the action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure (Doc. 5). Voluntary withdrawal of his complaint is Plaintiff's right, and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

In his motion, Plaintiff also asks for a copy of his complaint. This request is **GRANTED**; the Clerk shall send him a copy of his nine-page complaint with his copy of this order.

The Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED: March 11, 2009.**

              /s/   DavidRHerndon
              **CHIEF JUDGE**
              **UNITED STATES DISTRICT COURT**